

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00638-CV

**IN RE Z.D.T.**, a minor child

Original Proceeding[1]

PER CURIAM

Sitting:      Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: November 27, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On September 23, 2024, relator A.P.[2] filed a petition for writ of mandamus. Relator filed an amended petition the following day.[3] After considering the petition, the amended petition, and all exhibits attached thereto, this court concludes relator has not shown herself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-20470, styled *In the Interest of Z.D.T.*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.

[2] To protect the identity of the minor children, we refer to relator and her child by their initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.

[3] On September 26, 2024, relator also filed an emergency motion to stay trial court proceedings. We denied that motion on October 7, 2024.